

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00005-CR

| | | |
|---|---|---|
| Marcelino Elias Gutierrez | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1393715R) |
| v. | § | October 13, 2016 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

Appellant Marcelino Elias Gutierrez filed a motion for rehearing of our opinion that issued on August 25, 2016. We deny the motion, withdraw our opinion and judgment dated August 25, 2016, and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier